| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cedar Grove Classic Holdings LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **20-1391525** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3 Jackson Avenue**<br>**Spring Valley, NY**<br><br>ZIPCODE **10977** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Rockland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**200 Route 209, Ellenville, NY**

ZIPCODE **12428**

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>              Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.     business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Cedar Grove Classic Holdings LLC** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br>     Signature of Attorney for Debtor(s)          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cedar Grove Classic Holdings LLC** |
|---|---|

<b>Signatures</b>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X */s/ Julian Alan Schulman*
Signature of Attorney for Debtor(s)

**Julian Alan Schulman**
**Schulman, Kissel & Keene, P.C.**
**One Executive Blvd, Suite 202**
**Suffern, NY 10901**
**(845) 368-0104**

**June 23, 2010**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Tovia Mermelstein*
Signature of Authorized Individual

**Tovia Mermelstein**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**June 23, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**

Case No. _____

**Cedar Grove Classic Holdings LLC**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **New York Community Bank** Attn: Bankruptcy Dept. One Jericho Plaza Jericho, NY 11753 | **Kevin F. Preston, Esq.** MacVean, Lewis, Sherwin & McDermott, PC PO Box 310 Middletown, NY 10940 | **Bank loan** | | 8,000,000.00 Collateral: 1,260,000.00 Unsecured: 6,740,000.00 |
| **Waste Management** 264 Old Flatbush Road Kingston, NY 12401 | **Attn: Bankruptcy Notices** (866) 964-2729 | **Trade debt** | | 16,173.40 |
| **Ultimate Kitchens** 59 Route 59 Monsey, NY 10952 | **Chaim Rosenberg** (845) 425-5959 | **Trade debt** | | 12,800.00 |
| **Jays Interiors, Inc.** 14 Melnick Drive Monsey, NY 10952 | **Attn: Jacob Weiss** (845) 352-4401 | **Trade debt** | | 11,500.00 |
| **GP Construction** 249 Martha Ave. Elmwood Park, NJ 07407 | **Paul** (201) 206-7820 | **Trade debt** | | 11,300.00 |
| **Paint Rite** 828-B North Main St. Spring Valley, NY 10977 | **Yona Itzkowitz** (845) 354-4051 | **Trade debt** | | 8,800.00 |
| **Crown Millwork Corp.** 12 Melnick Drive Monsey, NY 10952 | **Ben Lebowitz** (845) 371-2200 | **Trade debt** | | 7,800.00 |
| **Built Rite Drywall** 286 N. Main Street Spring Valley, NY 10977 | **Yochi** (845) 354-4589 | **Trade debt** | | 7,800.00 |
| **K J Tiles, Inc.** 191 Route 59 Monsey, NY 10952 | **Attn: Sam Muller** (845) 371-5494 | **Trade debt** | | 7,587.00 |
| **Supreme Wood Floors Corp.** 27 Ohio Avenue Spring Valley, NY 10977 | **Kalmy Walter** (845) 362-0578 | **Trade debt** | | 6,875.00 |
| **Upstate Framing, Inc.** 581 Route 17M Monroe, NY 10950 | **Sam Kaller** (845) 783-4747 | **Trade debt** | | 6,450.00 |
| **Quality Home Appliances** PO Box 207 Spring Valley, NY 10977 | **Ben Rosen** (845) 659-9387 | **Trade debt** | | 5,700.00 |
| **BH Plumbing** 70 Francis Place Spring Valley, NY 10977 | **Moisha Braun** (845) 661-9058 | **Trade debt** | | 3,950.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **HealthNet HCS**<br>**150 E. 42nd St, 26th FL**<br>**New York, NY  10017** | **Attn: Bankruptcy Notices**<br>**(877) 701-8067** | **Trade debt** | **3,110.40** |
| **HD Supply**<br>**PO Box 509058**<br>**San Diego, CA  92150** | **Attn: Bankruptcy Notices**<br>**(800) 431-3000** | **Trade debt** | **3,037.71** |
| **Home Depot Financial Services**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 9055**<br>**Des Moines, IA  50368** | **(800) 395-7363** | **Trade debt** | **2,934.26** |
| **Rodolfe Nietro Painting**<br>**207 E. Main Street**<br>**Middletown, NY  10940** | **(845) 344-1520** | **Trade debt** | **2,215.00** |
| **Affordable Windows**<br>**71 Route 59, Suite A**<br>**Monsey, NY  10952** | **Attn: Jacob Mermelstein**<br>**(845) 371-4477** | **Trade debt** | **2,200.00** |
| **JCW Management**<br>**P.O. Box 293**<br>**Monsey, NY  10952** | **Attn: Yonasan Weiss**<br>**(845) 354-7739** | **Trade debt** | **1,000.00** |
| **ASU Associates**<br>**46 Phyllis Terrace**<br>**Monsey, NY  10952** | **Attn: Ischa Ungar**<br>**(845) 578-1991** | **Trade debt** | **1,000.00** |
| **All Stiles**<br>**1099 State Route 17M**<br>**Monroe, NY  10950** | **Attn: Yossi Greenfeld**<br>**(845) 783-3121** | **Trade debt** | **1,000.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 23, 2010**  Signature: */s/ Tovia Mermelstein*

**Tovia Mermelstein, Manager**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Southern District of New York

**IN RE:**                                                Case No. _____

Cedar Grove Classic Holdings LLC                        Chapter _11_
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Bronfman Fisher Real Estate Holdings LLC**<br>**44 Horton Drive**<br>**Monsey, NY  10952** | **100** | **Class A Member** |
| **Tovia Mermelstein**<br>**72 Francis Place**<br>**Spring Valley, NY  10977** | **100** | **Class B Member** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**

Case No. _____

**Cedar Grove Classic Holdings LLC** _____    Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,100,000.00 | | |
| B - Personal Property | Yes | 3 | $ 164,600.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 8,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 127,887.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ |
| TOTAL | | 19 | $ 1,264,600.00 | $ 8,127,887.45 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC      Case No. _____

Debtor(s)      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 96-unit, 7-building garden apartment complex on 5.5 acres at 200 Route 209, Ellenville, New York | Fee Simple | | 1,100,000.00 | 8,000,000.00 |
| | | | | |
| | | **TOTAL** | **1,100,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC
            Debtor(s)

Case No. _____
            (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Appliances in apartments (value approximate) | | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

IN RE **Cedar Grove Classic Holdings LLC** _____   Case No. _____
                                                              Debtor(s)                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge pick-up truck** | | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desk, chairs, and desktop computer** | | **200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Lawnmower** | | **400.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC        Case No. _____
                          Debtor(s)                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | | **Funds held by court-appointed receiver (amount approximate)** | | **150,000.00** |
| | | | **TOTAL** | **164,600.00** |

(Include amounts from any continuation sheets attached.<br>Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

**IN RE** Cedar Grove Classic Holdings LLC     Case No. _____
        Debtor(s)                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

*© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**IN RE** <u>Cedar Grove Classic Holdings LLC</u>                    Case No. _____
Debtor(s)                                                                    (If known)

<h1 align="center">SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS</h1>

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**New York Community Bank**<br>**Attn: Bankruptcy Dept.**<br>**One Jericho Plaza**<br>**Jericho, NY  11753** | | | **Mortgage on property located at 200 Route 209, Ellenville NY; lien on funds held by receiver and on appliances.**<br><br>VALUE $ **1,260,000.00** | | | | 8,000,000.00 | 6,740,000.00 |
| ACCOUNT NO.<br><br>**Kevin F. Preston, Esq.**<br>**MacVean, Lewis, Sherwin & McDermott, PC**<br>**PO Box 310**<br>**Middletown, NY  10940** | | | **Assignee or other notification for:**<br>**New York Community Bank**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **8,000,000.00** | $ **6,740,000.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ **8,000,000.00** | $ **6,740,000.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Cedar Grove Classic Holdings LLC**                    Case No. _____

_____

Debtor(s)                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **Cedar Grove Classic Holdings LLC**                     Case No. _____
_____
                    Debtor(s)                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Adobe Maintenance**<br>**303 Pancake Hollow Road**<br>**Highland, NY 12528** | | | **Property maintenance services** | | | | **550.00** |
| ACCOUNT NO. **9868**<br><br>**Aetna Inc.**<br>**PO Box 9610**<br>**Cranbury, NJ 08512** | | | **Health insurance premiums** | | | | **888.00** |
| ACCOUNT NO. **9868**<br><br>**Affordable Windows**<br>**71 Route 59, Suite A**<br>**Monsey, NY 10952** | | | **Window replacements** | | | | **2,200.00** |
| ACCOUNT NO.<br><br>**All Stiles**<br>**1099 State Route 17M**<br>**Monroe, NY 10950** | | | **Supplies** | | | | **1,000.00** |

**4** continuation sheets attached

Subtotal
(Total of this page)  $  **4,638.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC _____ Case No. _____
Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ASU Associates**<br>**46 Phyllis Terrace**<br>**Monsey, NY 10952** | | | **Apartment repairs** | | | | **1,000.00** |
| ACCOUNT NO.<br>**BH Plumbing**<br>**70 Francis Place**<br>**Spring Valley, NY 10977** | | | **Plumbing repairs** | | | | **3,950.00** |
| ACCOUNT NO.<br>**Built Rite Drywall**<br>**286 N. Main Street**<br>**Spring Valley, NY 10977** | | | **Apartment repairs** | | | | **7,800.00** |
| ACCOUNT NO.<br>**Crown Millwork Corp.**<br>**12 Melnick Drive**<br>**Monsey, NY 10952** | | | **Apartment repairs** | | | | **7,800.00** |
| ACCOUNT NO. **0434**<br>**Exxon/Mobil Business Card**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 688941**<br>**Des Moines, IA 50368** | | | **Fuel for equipment** | | | | **604.46** |
| ACCOUNT NO.<br>**Home Depot-Citigroup**<br>**PO Box 653002**<br>**Dallas, TX 75265-3002** | | | **Assignee or other notification for:**<br>**Exxon/Mobil Business Card** | | | | |
| ACCOUNT NO.<br>**GP Construction**<br>**249 Martha Ave.**<br>**Elmwood Park, NJ 07407** | | | **Roof repairs** | | | | **11,300.00** |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,454.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Cedar Grove Classic Holdings LLC** _____ Case No. _____
Debtor(s)                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0972**<br><br>**HD Supply**<br>**PO Box 509058**<br>**San Diego, CA  92150** | | | **Supplies (Home Depot)** | | | | 3,037.71 |
| ACCOUNT NO. **0601**<br><br>**HealthNet HCS**<br>**150 E. 42nd St, 26th FL**<br>**New York, NY  10017** | | | **Health insurance** | | | | 3,110.40 |
| ACCOUNT NO. **A100**<br><br>**HK Laundry Equipment**<br>**530 Main Street**<br>**Armonk, NY  10504** | | | **Laundry services** | | | | 677.97 |
| ACCOUNT NO. **0143**<br><br>**Home Depot Financial Services**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 9055**<br>**Des Moines, IA  50368** | | | **Supplies** | | | | 2,934.26 |
| ACCOUNT NO.<br><br>**Home Depot-Citigroup**<br>**PO Box 653002**<br>**Dallas, TX  75265-3002** | | | **Assignee or other notification for:**<br>**Home Depot Financial Services** | | | | |
| ACCOUNT NO. **0552**<br><br>**J C Ehrlich**<br>**60 Enterprise Place**<br>**Middletown, NY  10941** | | | **Extermination services** | | | | 656.32 |
| ACCOUNT NO.<br><br>**Jays Interiors, Inc.**<br>**14 Melnick Drive**<br>**Monsey, NY  10952** | | | **Apartment repairs** | | | | 11,500.00 |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,916.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC         Case No. _____
<br>
              Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JCW Management**<br>**P.O. Box 293**<br>**Monsey, NY 10952** | | | **Apartment repairs** | | | | **1,000.00** |
| ACCOUNT NO.<br>**K J Tiles, Inc.**<br>**191 Route 59**<br>**Monsey, NY 10952** | | | **Supplies** | | | | **7,587.00** |
| ACCOUNT NO. **2787**<br>**Mid American Specialties**<br>**PO Box 2121**<br>**Memphis, TN 38159** | | | **Laundry supplies** | | | | **239.89** |
| ACCOUNT NO.<br>**Paint Rite**<br>**828-B North Main St.**<br>**Spring Valley, NY 10977** | | | **Supplies** | | | | **8,800.00** |
| ACCOUNT NO. **8301**<br>**Praetorian Ins. Co C/O Cardinal Comp**<br>**PO Box 546**<br>**Albany, NY 12201** | | | **Insurance** | | | | **973.00** |
| ACCOUNT NO.<br>**Quality Home Appliances**<br>**PO Box 207**<br>**Spring Valley, NY 10977** | | | **Appliances** | | | | **5,700.00** |
| ACCOUNT NO.<br>**Rodolfe Nietro Painting**<br>**207 E. Main Street**<br>**Middletown, NY 10940** | | | **Apartment repairs** | | | | **2,215.00** |

Sheet no. _____ **3** of _____ **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
             (Total of this page)   $ **26,514.89**

                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Cedar Grove Classic Holdings LLC**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Supreme Wood Floors Corp.**<br>**27 Ohio Avenue**<br>**Spring Valley, NY 10977** | | | **Apartment repairs** | | | | 6,875.00 |
| ACCOUNT NO.<br>**Ultimate Kitchens**<br>**59 Route 59**<br>**Monsey, NY 10952** | | | **Apartment repairs** | | | | 12,800.00 |
| ACCOUNT NO.<br>**Upstate Framing, Inc.**<br>**581 Route 17M**<br>**Monroe, NY 10950** | | | **Exterior carpentry** | | | | 6,450.00 |
| ACCOUNT NO. **0100**<br>**Verizon Wireless**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 408**<br>**Newark, NJ 07101** | | | **Phone charges** | | | | 65.04 |
| ACCOUNT NO. **8535**<br>**Waste Management**<br>**264 Old Flatbush Road**<br>**Kingston, NY 12401** | | | **Garbage disposal services** | | | | 16,173.40 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **42,363.44**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **127,887.45**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC _____  Case No. _____
                                          Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **June Raja**<br>**200 Route 209, Apt. A2**<br>**Ellenville, NY 12428** | **Lease of apartment A2 at Cedar Grove Apartments in Ellenville, New York** |
| **Neil Gooler**<br>**200 Route 209, Apt. A3**<br>**Ellenville, NY 12428** | **Lease of apartment A3 at Cedar Grove Apartments in Ellenville, New York** |
| **Claudia Gooler**<br>**200 Route 209, Apt. A5**<br>**Ellenville, NY 12428** | **Lease of apartment A5 at Cedar Grove Apartments in Ellenville, New York** |
| **Marie A. Bruce**<br>**200 Route 209, Apt. A6**<br>**Ellenville, NY 12428** | **Lease of apartment A6 at Cedar Grove Apartments in Ellenville, New York** |
| **Barbara J. Jordan**<br>**200 Route 209, Apt. A7**<br>**Ellenville, NY 12428** | **Lease of apartment A7 at Cedar Grove Apartments in Ellenville, New York** |
| **Deanna Koledi**<br>**200 Route 209, Apt. A8**<br>**Ellenville, NY 12428** | **Lease of apartment A8 at Cedar Grove Apartments in Ellenville, New York** |
| **Edith Gonzalez**<br>**200 Route 209, Apt. B1**<br>**Ellenville, NY 12428** | **Lease of apartment B1 at Cedar Grove Apartments in Ellenville, New York** |
| **Lisa Berckman**<br>**200 Route 209, Apt. B11**<br>**Ellenville, NY 12428** | **Lease of apartment B11 at Cedar Grove Apartments in Ellenville, New York** |
| **Amy Lotti**<br>**200 Route 209, Apt. B12**<br>**Ellenville, NY 12428** | **Lease of apartment B12 at Cedar Grove Apartments in Ellenville, New York** |
| **Daniel Matthews**<br>**200 Route 209, Apt. B3**<br>**Ellenville, NY 12428** | **Lease of apartment B3 at Cedar Grove Apartments in Ellenville, New York** |
| **David Gillmer**<br>**200 Route 209, Apt. B4**<br>**Ellenville, NY 12428** | **Lease of apartment B4 at Cedar Grove Apartments in Ellenville, New York** |
| **Limberg Cobbs**<br>**200 Route 209, Apt. B5**<br>**Ellenville, NY 12428** | **Lease of apartment B5 at Cedar Grove Apartments in Ellenville, New York** |
| **Jessie Bruce**<br>**200 Route 209, Apt. B6**<br>**Ellenville, NY 12428** | **Lease of apartment B6 at Cedar Grove Apartments in Ellenville, New York** |
| **Claudette Fickling**<br>**200 Route 209, Apt. B7**<br>**Ellenville, NY 12428** | **Lease of apartment B7 at Cedar Grove Apartments in Ellenville, New York** |
| **Barbara Schwab**<br>**200 Route 209, Apt. B9**<br>**Ellenville, NY 12428** | **Lease of apartment B9 at Cedar Grove Apartments in Ellenville, New York** |
| **Joan Paul**<br>**200 Route 209, Apt. C1**<br>**Ellenville, NY 12428** | **Lease of apartment C1 at Cedar Grove Apartments in Ellenville, New York** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC _____ Case No. _____
           Debtor(s)                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Beverly Damiele**<br>**200 Route 209, Apt. C10**<br>**Ellenville, NY  12428** | **Lease of apartment C10 at Cedar Grove Apartments in Ellenville, New York** |
| **Jessica Marl & Katherine Hicks**<br>**200 Route 209, Apt. C11**<br>**Ellenville, NY  12428** | **Lease of apartment C11 at Cedar Grove Apartments in Ellenville, New York** |
| **Stephenie Rodriguez**<br>**200 Route 209, Apt. C12**<br>**Ellenville, NY  12428** | **Lease of apartment C12 at Cedar Grove Apartments in Ellenville, New York** |
| **Lakredi Alston**<br>**200 Route 209, Apt. C3**<br>**Ellenville, NY  12428** | **Lease of apartment C3 at Cedar Grove Apartments in Ellenville, New York** |
| **Claudia Ramos**<br>**200 Route 209, Apt. C8**<br>**Ellenville, NY  12428** | **Lease of apartment C8 at Cedar Grove Apartments in Ellenville, New York** |
| **Kajurette D'Astrii-Koradis**<br>**200 Route 209, Apt. C9**<br>**Ellenville, NY  12428** | **Lease of apartment C9 at Cedar Grove Apartments in Ellenville, New York** |
| **Bernie Anderson & Kenneth Lesane**<br>**200 Route 209, Apt. D11**<br>**Ellenville, NY  12428** | **Lease of apartment D11 at Cedar Grove Apartments in Ellenville, New York** |
| **Yolanda Sulak & Vanessa Deabreu**<br>**200 Route 209, Apt. D12**<br>**Ellenville, NY  12428** | **Lease of apartment D12 at Cedar Grove Apartments in Ellenville, New York** |
| **Chad Gibbs**<br>**200 Route 209, Apt. D2**<br>**Ellenville, NY  12428** | **Lease of apartment D2 at Cedar Grove Apartments in Ellenville, New York** |
| **Janet Kuzmin**<br>**200 Route 209, Apt. D3**<br>**Ellenville, NY  12428** | **Lease of apartment D3 at Cedar Grove Apartments in Ellenville, New York** |
| **Christine Schwab**<br>**200 Route 209, Apt. D5**<br>**Ellenville, NY  12428** | **Lease of apartment D5 at Cedar Grove Apartments in Ellenville, New York** |
| **Steve Wormuth**<br>**200 Route 209, Apt. D7**<br>**Ellenville, NY  12428** | **Lease of apartment D7 at Cedar Grove Apartments in Ellenville, New York** |
| **Paul Acer**<br>**200 Route 209, Apt. D8**<br>**Ellenville, NY  12428** | **Lease of apartment D8 at Cedar Grove Apartments in Ellenville, New York** |
| **Shawn Straub**<br>**200 Route 209, Apt. D9**<br>**Ellenville, NY  12428** | **Lease of apartment D9 at Cedar Grove Apartments in Ellenville, New York** |
| **Frederick M. Lipskey**<br>**200 Route 209, Apt. E14**<br>**Ellenville, NY  12428** | **Lease of apartment E14 at Cedar Grove Apartments in Ellenville, New York** |
| **Candy Mannweiler**<br>**200 Route 209, Apt. E16**<br>**Ellenville, NY  12428** | **Lease of apartment E16 at Cedar Grove Apartments in Ellenville, New York** |
| **Norman Emmalyn**<br>**200 Route 209, Apt. E17**<br>**Ellenville, NY  12428** | **Lease of apartment E17 at Cedar Grove Apartments in Ellenville, New York** |
| **Angela Sarmiento**<br>**200 Route 209, Apt. E18** | **Lease of apartment E18 at Cedar Grove Apartments in Ellenville, New York** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC _____ Case No. _____
_____Debtor(s)_____ _____(If known)_____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ellenville, NY 12428 | |
| **Eula Hawkins**<br>**200 Route 209, Apt. E2**<br>**Ellenville, NY 12428** | **Lease of apartment E2 at Cedar Grove Apartments in Ellenville, New York** |
| **Sandra Ann Fellows**<br>**200 Route 209, Apt. E3**<br>**Ellenville, NY 12428** | **Lease of apartment E3 at Cedar Grove Apartments in Ellenville, New York** |
| **Andrew Palmer**<br>**200 Route 209, Apt. E4**<br>**Ellenville, NY 12428** | **Lease of apartment E4 at Cedar Grove Apartments in Ellenville, New York** |
| **Arnold Williams**<br>**200 Route 209, Apt. E6**<br>**Ellenville, NY 12428** | **Lease of apartment E6 at Cedar Grove Apartments in Ellenville, New York** |
| **Mary E. Vanderhoff**<br>**200 Route 209, Apt. E7**<br>**Ellenville, NY 12428** | **Lease of apartment E7 at Cedar Grove Apartments in Ellenville, New York** |
| **Nelson Malave**<br>**200 Route 209, Apt. E9**<br>**Ellenville, NY 12428** | **Lease of apartment E9 at Cedar Grove Apartments in Ellenville, New York** |
| **Kim D. Daphney**<br>**200 Route 209, Apt. F10**<br>**Ellenville, NY 12428** | **Lease of apartment F10 at Cedar Grove Apartments in Ellenville, New York** |
| **Thomas Rhodes**<br>**200 Route 209, Apt. F12**<br>**Ellenville, NY 12428** | **Lease of apartment F12 at Cedar Grove Apartments in Ellenville, New York** |
| **Robert McKinnie**<br>**200 Route 209, Apt. F16**<br>**Ellenville, NY 12428** | **Lease of apartment F16 at Cedar Grove Apartments in Ellenville, New York** |
| **Ellen Draudt**<br>**200 Route 209, Apt. F17**<br>**Ellenville, NY 12428** | **Lease of apartment F17 at Cedar Grove Apartments in Ellenville, New York** |
| **Sandra Howard**<br>**200 Route 209, Apt. F18**<br>**Ellenville, NY 12428** | **Lease of apartment F18 at Cedar Grove Apartments in Ellenville, New York** |
| **Eric Corbett**<br>**200 Route 209, Apt. F19**<br>**Ellenville, NY 12428** | **Lease of apartment F19 at Cedar Grove Apartments in Ellenville, New York** |
| **Alison B. Spevak**<br>**200 Route 209, Apt. F3**<br>**Ellenville, NY 12428** | **Lease of apartment F3 at Cedar Grove Apartments in Ellenville, New York** |
| **Jamal Rollins**<br>**200 Route 209, Apt. F4**<br>**Ellenville, NY 12428** | **Lease of apartment F4 at Cedar Grove Apartments in Ellenville, New York** |
| **Nicole Dungey**<br>**200 Route 209, Apt. F5**<br>**Ellenville, NY 12428** | **Lease of apartment F5 at Cedar Grove Apartments in Ellenville, New York** |
| **Valerie Vincens**<br>**200 Route 209, Apt. F6**<br>**Ellenville, NY 12428** | **Lease of apartment F6 at Cedar Grove Apartments in Ellenville, New York** |
| **Joe Kern**<br>**200 Route 209, Apt. F9**<br>**Ellenville, NY 12428** | **Lease of apartment F9 at Cedar Grove Apartments in Ellenville, New York** |
| **Helen Munez** | **Lease of apartment G10 at Cedar Grove Apartments in** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Cedar Grove Classic Holdings LLC      Case No. _____
<br>_____ Debtor(s)               (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 200 Route 209, Apt. G10<br>Ellenville, NY  12428 | Ellenville, New York |
| Tameka Williams<br>200 Route 209, Apt. G11<br>Ellenville, NY  12428 | Lease of apartment G11 at Cedar Grove Apartments in Ellenville, New York |
| Patricia Davis Venuti<br>200 Route 209, Apt. G3<br>Ellenville, NY  12428 | Lease of apartment G3 at Cedar Grove Apartments in Ellenville, New York |
| Judy Weiser<br>200 Route 209, Apt. G6<br>Ellenville, NY  12428 | Lease of apartment G6 at Cedar Grove Apartments in Ellenville, New York |
| Keena Harris<br>200 Route 209, Apt. G7<br>Ellenville, NY  12428 | Lease of apartment G7 at Cedar Grove Apartments in Ellenville, New York |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Cedar Grove Classic Holdings LLC**                    Case No. _____
_____
_____
                                    Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Cedar Grove Classic Holdings LLC** _____  Case No. _____
Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                            Debtor

Date: _____   Signature: _____
                                                                                            (Joint Debtor, if any)
                                                                [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Cedar Grove Classic Holdings LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**20**_____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 23, 2010** _____   Signature: _**/s/ Tovia Mermelstein**_____

                                        **Tovia Mermelstein** _____
                                                                (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:                                   Case No. _____

**Cedar Grove Classic Holdings LLC** _____     Chapter **11** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 0.00 | 2010 YTD: rent was collected by receiver |
| 344,000.00 | 2009 through July: rent and related income |
| 710,000.00 | 2010 rent and related income |

## 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **New York Community Bank v. Cedar Grove Classic Holdings, LLC, Ashil Ellenville, LLC and CMD Properties; Index No. 2900/09** | **Foreclosure** | **Supreme Court of the State of New York, Ulster County** | **Sale scheduled for June 24th at 9:30am** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Michael Davidoff, Esq. PO Drawer 1040 Monticello, NY 12701** | **Supreme Court of the State of New York, Ulster County, Index #2900/09** | **June 23, 2009** | **Net rents received** |

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Schulman, Kissel & Keene, P.C.**<br>**One Executive Boulevard, Suite 202**<br>**Suffern, NY  10901** | **6/11/2010** | **15,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None** ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

**None** ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**None** ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

**None** ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

**None** ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED
**Jacob Frieder**                              **January 2008 - August 2009**
**Global Accounting**
**19 Koritz Way**
**Spring Valley, NY  10977**

**None** ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**None** ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Tovia Mermelstein**<br>**72 Francis Place**<br>**Spring Valley, NY  10977** | **Manager** | **100% Class B Membership Interest** |
| **Bronfman Fisher Real Estate Holdings LLC**<br>**44 Horton Drive**<br>**Monsey, NY  10952** | | **100% Class A Membership Interest** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 23, 2010**                    Signature: ***/s/ Tovia Mermelstein***

                                                            **Tovia Mermelstein, Manager**
                                                            <span style="font-size:smaller">Print Name and Title</span>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**

Case No. _____

Cedar Grove Classic Holdings LLC

_____

Chapter <u>11</u>

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: <u>June 23, 2010</u>

Signature: ***/s/ Tovia Mermelstein***

Tovia Mermelstein, Manager

Debtor

Date: _____

Signature: _____

Joint Debtor, if any

Date: <u>June 23, 2010</u>

Signature: ***/s/ Julian Alan Schulman***

Julian Alan Schulman

Attorney (if applicable)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Adobe Maintenance
303 Pancake Hollow Road
Highland, NY  12528


Aetna Inc.
PO Box 9610
Cranbury, NJ  08512


Affordable Windows
71 Route 59, Suite A
Monsey, NY  10952


Alison B. Spevak
200 Route 209, Apt. F3
Ellenville, NY  12428


All Stiles
1099 State Route 17M
Monroe, NY  10950


Amy Lotti
200 Route 209, Apt. B12
Ellenville, NY  12428


Andrew Palmer
200 Route 209, Apt. E4
Ellenville, NY  12428


Angela Sarmiento
200 Route 209, Apt. E18
Ellenville, NY  12428


Arnold Williams
200 Route 209, Apt. E6
Ellenville, NY  12428

ASU Associates
46 Phyllis Terrace
Monsey, NY  10952


Barbara J. Jordan
200 Route 209, Apt. A7
Ellenville, NY  12428


Barbara Schwab
200 Route 209, Apt. B9
Ellenville, NY  12428


Bernie Anderson & Kenneth Lesane
200 Route 209, Apt. D11
Ellenville, NY  12428


Beverly Damiele
200 Route 209, Apt. C10
Ellenville, NY  12428


BH Plumbing
70 Francis Place
Spring Valley, NY  10977


Bronfman Fisher Real Estate Holdings LLC
44 Horton Drive
Monsey, NY  10952


Built Rite Drywall
286 N. Main Street
Spring Valley, NY  10977


Candy Mannweiler
200 Route 209, Apt. E16
Ellenville, NY  12428

Chad Gibbs
200 Route 209, Apt. D2
Ellenville, NY  12428


Christine Schwab
200 Route 209, Apt. D5
Ellenville, NY  12428


Claudette Fickling
200 Route 209, Apt. B7
Ellenville, NY  12428


Claudia Gooler
200 Route 209, Apt. A5
Ellenville, NY  12428


Claudia Ramos
200 Route 209, Apt. C8
Ellenville, NY  12428


Crown Millwork Corp.
12 Melnick Drive
Monsey, NY  10952


Daniel Matthews
200 Route 209, Apt. B3
Ellenville, NY  12428


David Gillmer
200 Route 209, Apt. B4
Ellenville, NY  12428


Deanna Koledi
200 Route 209, Apt. A8
Ellenville, NY  12428

Edith Gonzalez
200 Route 209, Apt. B1
Ellenville, NY  12428


Ellen Draudt
200 Route 209, Apt. F17
Ellenville, NY  12428


Eric Corbett
200 Route 209, Apt. F19
Ellenville, NY  12428


Eula Hawkins
200 Route 209, Apt. E2
Ellenville, NY  12428


Exxon/Mobil Business Card
Attn: Bankruptcy Dept.
PO Box 688941
Des Moines, IA  50368


Frederick M. Lipskey
200 Route 209, Apt. E14
Ellenville, NY  12428


GP Construction
249 Martha Ave.
Elmwood Park, NJ  07407


HD Supply
PO Box 509058
San Diego, CA  92150


HealthNet HCS
150 E. 42nd St, 26th FL
New York, NY  10017

Helen Munez
200 Route 209, Apt. G10
Ellenville, NY  12428


HK Laundry Equipment
530 Main Street
Armonk, NY  10504


Home Depot Financial Services
Attn: Bankruptcy Dept.
PO Box 9055
Des Moines, IA  50368


Home Depot-Citigroup
PO Box 653002
Dallas, TX  75265-3002


J C Ehrlich
60 Enterprise Place
Middletown, NY  10941


Jamal Rollins
200 Route 209, Apt. F4
Ellenville, NY  12428


Janet Kuzmin
200 Route 209, Apt. D3
Ellenville, NY  12428


Jays Interiors, Inc.
14 Melnick Drive
Monsey, NY  10952


JCW Management
P.O. Box 293
Monsey, NY  10952

Jessica Marl & Katherine Hicks
200 Route 209, Apt. C11
Ellenville, NY  12428


Jessie Bruce
200 Route 209, Apt. B6
Ellenville, NY  12428


Joan Paul
200 Route 209, Apt. C1
Ellenville, NY  12428


Joe Kern
200 Route 209, Apt. F9
Ellenville, NY  12428


Judy Weiser
200 Route 209, Apt. G6
Ellenville, NY  12428


June Raja
200 Route 209, Apt. A2
Ellenville, NY  12428


K J Tiles, Inc.
191 Route 59
Monsey, NY  10952


Kajurette D'Astrii-Koradis
200 Route 209, Apt. C9
Ellenville, NY  12428


Keena Harris
200 Route 209, Apt. G7
Ellenville, NY  12428

Kevin F. Preston, Esq.
MacVean, Lewis, Sherwin & McDermott, PC
PO Box 310
Middletown, NY  10940


Kim D. Daphney
200 Route 209, Apt. F10
Ellenville, NY  12428


Lakredi Alston
200 Route 209, Apt. C3
Ellenville, NY  12428


Limberg Cobbs
200 Route 209, Apt. B5
Ellenville, NY  12428


Lisa Berckman
200 Route 209, Apt. B11
Ellenville, NY  12428


Marie A. Bruce
200 Route 209, Apt. A6
Ellenville, NY  12428


Mary E. Vanderhoff
200 Route 209, Apt. E7
Ellenville, NY  12428


Mid American Specialties
PO Box 2121
Memphis, TN  38159


Neil Gooler
200 Route 209, Apt. A3
Ellenville, NY  12428

Nelson Malave
200 Route 209, Apt. E9
Ellenville, NY  12428


New York Community Bank
Attn: Bankruptcy Dept.
One Jericho Plaza
Jericho, NY  11753


Nicole Dungey
200 Route 209, Apt. F5
Ellenville, NY  12428


Norman Emmalyn
200 Route 209, Apt. E17
Ellenville, NY  12428


Paint Rite
828-B North Main St.
Spring Valley, NY  10977


Patricia Davis Venuti
200 Route 209, Apt. G3
Ellenville, NY  12428


Paul Acer
200 Route 209, Apt. D8
Ellenville, NY  12428


Praetorian Ins. Co C/O Cardinal Comp
PO Box 546
Albany, NY  12201


Quality Home Appliances
PO Box 207
Spring Valley, NY  10977

Robert McKinnie
200 Route 209, Apt. F16
Ellenville, NY  12428


Rodolfe Nietro Painting
207 E. Main Street
Middletown, NY  10940


Sandra Ann Fellows
200 Route 209, Apt. E3
Ellenville, NY  12428


Sandra Howard
200 Route 209, Apt. F18
Ellenville, NY  12428


Shawn Straub
200 Route 209, Apt. D9
Ellenville, NY  12428


Stephenie Rodriguez
200 Route 209, Apt. C12
Ellenville, NY  12428


Steve Wormuth
200 Route 209, Apt. D7
Ellenville, NY  12428


Supreme Wood Floors Corp.
27 Ohio Avenue
Spring Valley, NY  10977


Tameka Williams
200 Route 209, Apt. G11
Ellenville, NY  12428

Thomas Rhodes
200 Route 209, Apt. F12
Ellenville, NY  12428


Ultimate Kitchens
59 Route 59
Monsey, NY  10952


Upstate Framing, Inc.
581 Route 17M
Monroe, NY  10950


Valerie Vincens
200 Route 209, Apt. F6
Ellenville, NY  12428


Verizon Wireless
Attn: Bankruptcy Dept.
PO Box 408
Newark, NJ  07101


Waste Management
264 Old Flatbush Road
Kingston, NY  12401


Yolanda Sulak & Vanessa Deabreu
200 Route 209, Apt. D12
Ellenville, NY  12428

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**                                                        Case No. _____

**Cedar Grove Classic Holdings LLC** _____     Chapter **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **300.00/hr**

     Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    **15,000.00**

     Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.   The source of the compensation paid to me was:   ☐ Debtor   ☑ Other (specify):   **Chana Mermelstein**

3.   The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify):

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 23, 2010** | **/s/ Julian Alan Schulman** |
| Date | **Julian Alan Schulman** |
| | **Schulman, Kissel & Keene, P.C.** |
| | **One Executive Blvd, Suite 202** |
| | **Suffern, NY  10901** |
| | **(845) 368-0104** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                          Case No. _____

<u>Cedar Grove Classic Holdings LLC</u>_____     Chapter <u>11</u>_____
                              Debtor(s)

## CERTIFICATE OF COMMENCEMENT OF CASE

I certify that on _____,

☑      the above named debtor filed a petition requesting relief under chapter __<u>11</u> of the Bankruptcy Code
        (title 11 of the United States Code), or

☐      a petition was filed against the above named debtor under chapter ____ of the Bankruptcy Code (title
        11 of the United States Code), and

☑      that as of the date below the case has not been dismissed.


        _____
        Clerk of the Bankruptcy Court


Dated: _____     By: _____
                                    Deputy Clerk

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only